UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

ROLAND PRICE,

          Plaintiff,

v.                                                     Case No. 15-cv-774-pp

PHILLIP FRIEDRICH, *et al.*,

          Defendants.

---

**ORDER GRANTING THE PLAINTIFF'S MOTION FOR
EXTENSION OF TIME (DKT. NO. 41)**

---

On November 13, 2017, the defendants filed a motion for partial summary judgment based on the plaintiff's failure to exhaust administrative remedies on his First Amendment Retaliation claim. Dkt. No. 34. The plaintiff has filed a motion, asking the court to grant him an extension of forty-five days to respond to the defendants' motion. Dkt. No. 41. The plaintiff also asks for various discovery documents. Id.

The defendants do not oppose the plaintiff's motion for extension of time, but ask that the court extend the dispositive motions deadline to July 13, 2018, because defense counsel will be on Family Medical Leave between February 2018 and May 2018. Dkt. No. 42.

The court will grant the plaintiff's motion for extension of time. See Fed. R. Civ. P. 6(b)(1)(A). As to the plaintiff's request for various items of discovery, however, he should send those requests directly to counsel for the defendants.

See Fed. R. Civ. P. 5(d)(1). The plaintiff should not file discovery requests with the court. Id.

The court **GRANTS** the plaintiff's motion for extension of time. Dkt. No. 41. The plaintiff shall file his response to the defendants' motion for partial summary judgment in time for the court to receive it by the end of the day on **March 16, 2018**.

The court **ORDERS** that any party wishing to file dispositive motions shall do so by the end of the day on **July 13, 2018**.

Dated in Milwaukee, Wisconsin this 22nd day of January, 2018.

**BY THE COURT:**

_____
**HON. PAMELA PEPPER
United States District Judge**